# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| In re: | § | Case No. 15-29376 |
|---|---|---|
|  | § |  |
| DAVID WALKSLER | § |  |
|  | § |  |
|  | § |  |
| Debtor(s) | § |  |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gus A. Paloian, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on April 26, 2016, in Courtroom 619, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  3/25/16     By:  /s/ Gus A. Paloian
                                Trustee

Gus A. Paloian
131 S. Dearborn Street
Suite 2400
Chicago, IL, 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                          §      Case No. 15-29376
                                §
DAVID WALKSLER                  §
                                §
                                §
                                §
            Debtor(s)           §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $8,935.49 |
| *and approved disbursements of* | $0.00 |
| *leaving a balance on hand of[1] :* | $8,935.49 |

Claims of secured creditors will be paid as follows: NONE

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $8,935.49 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Gus A. Paloian, Trustee Fees | $1,643.55 | $0.00 | $1,643.55 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $1,643.55 |
| Remaining balance: | $7,291.94 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $7,291.94 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $7,291.94 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $26,649.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 27.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $3,055.09 | $0.00 | $835.96 |
| 2 | Fifth Third Bank | $523.90 | $0.00 | $143.35 |
| 3 | Citibank, N.A. | $23,070.19 | $0.00 | $6,312.63 |

|  | Total to be paid to timely general unsecured claims: | $7,291.94 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in

UST Form 101-7-NFR (10/1/2010)

full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ Gus A. Paloian
                Trustee

Gus A. Paloian
131 S. Dearborn Street
Suite 2400
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 15-29376-DRC
David Walksler                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccabrales              Page 1 of 1                  Date Rcvd: Mar 25, 2016
                              Form ID: pdf006              Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2016.
db          +David Walksler,   626 North Humphrey Avenue, Apt. 1,   Oak Park, IL 60302-1708
23649540    +AT&T,   c/o Enhanced Recov Co,   PO Box 57547,   Jacksonville, FL 32241-7547
23649541    +Bank of America,   150 N. College Street,   McNC1-028-22-01,   Charlotte, NC 28255-0001
23649534     Chase,   PO Box 24696,   Columbus, OH 43224-0696
24148026    +Citibank, N.A.,   c/o Quantum3 Group LLC,   PO Box 280,   Kirkland, WA 98083-0280
23649542    +Citicards CBNA,   701 E. 60th Street N,   Sioux Falls, SD 57104-0432
23754352    +Courtney Villari DDS,   7700 Madison Street, Ste 1,   River Forest, IL 60305-2102
24024082    +Fifth Third Bank,   PO Box 9013,   Addison, Texas 75001-9013
23649544    +Fifth Third Bank Credit,   5050 Kinglsey Dr,   MD# 1MOC2G,   Cincinnati, OH 45263-0001
23649539    +IL Student Assist Comm,   1755 Lake Cook Rd,   Deerfield, IL 60015-5209
23649536    +MB Financial Bank,   6111 River Road,   Rosemont, IL 60018-5111
23649545    +Mortgageit Inc,   c/o Hinshaw Culbertson,   222 N. LaSalle, #300,   Chicago, IL 60601-1013
23649538    +Mortgageit, Inc.,   c/o Scott B. Mueller,   7710 Carondelet, #217,   St. Louis, MO 63105-3319
23649535    +Residential Credit Solut,   4282 N. Freeway,   Ft. Worth, TX 76137-5021
23649537    +Wells Fargo Bank NA,   c/o Heavner Beyers Mihlar,   111 E. Main St, #200,
              Decatur, IL 62523-1204
23710778    +Wells Fargo Bank, N.A. as Trustee for WAMU Mortgag,   c/o Heavner, Beyers & Mihlar, LLC,
              PO Box 740,   Decatur, IL 62525-0740

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
23649543         E-mail/Text: mrdiscen@discover.com Mar 26 2016 00:30:20      Discover Fincl Svc LLC,
              PO Box 15316,   Wilmington, DE 19850-,   5316
23908059         E-mail/Text: mrdiscen@discover.com Mar 26 2016 00:30:20      Discover Bank,
              Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2016 at the address(es) listed below:
          Bret Harper    on behalf of Trustee Gus A Paloian bharper@seyfarth.com,   chidocket@seyfarth.com
          Gus A Paloian    gpaloian@seyfarth.com,
           gpaloian@ecf.epiqsystems.com;gp@trustesolutions.net;jmcmanus@seyfarth.com
          Heather M Giannino    on behalf of Creditor    Wells Fargo Bank, N.A. as Trustee for WAMU Mortgage
           Pass Through Certificates Series 2006-PR3 Trust bankruptcy@hsbattys.com,   bankruptcy@hsbattys.com
          Heather M Giannino    on behalf of Creditor    Wells Fargo Bank, N.A. as Trustee for WAMU Mortgage
           ... c/o Heavner, Beyers & Mihlar, LLC bankruptcy@hsbattys.com,   bankruptcy@hsbattys.com
          Martin J O'Hearn    on behalf of Debtor 1 David  Walksler martinohearnlaw@sbcglobal.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Ross T Brand    on behalf of Creditor    Deutsche Bank National Trust Company, solely as Trustee
           for MortgageIT Trust, 2005-5 Mortgage-Backed Notes, Series 2005-5 rbrand@klueverplatt.com,
           bknotice@klueverplatt.com
                                                                                              TOTAL: 7