**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-29376 |
| | § | |
| DAVID WALKSLER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Gus A. Paloian, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $595,725.00 | Assets Exempt: | $19,000.00 |
| Total Distributions to Claimants: | $7,291.94 | Claims Discharged Without Payment: | $97,204.24 |
| Total Expenses of Administration: | $1,643.55 | | |

3) Total gross receipts of $8,935.49 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $8,935.49 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $1,316,294.12 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,643.55 | $1,643.55 | $1,643.55 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $77,847.00 | $26,649.18 | $26,649.18 | $7,291.94 |
| **Total Disbursements** | $1,394,141.12 | $28,292.73 | $28,292.73 | $8,935.49 |

    4). This case was originally filed under chapter 7 on 08/27/2015. The case was pending for 11 months.

    5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/07/2016        By: /s/ Gus A. Paloian
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Funds in Debtor's bank Checking | 1129-000 | $8,935.49 |
| **TOTAL GROSS RECEIPTS** | | $8,935.49 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase | 4110-000 | $66,014.98 | $0.00 | $0.00 | $0.00 |
| | Chase | 4110-000 | $408,141.00 | $0.00 | $0.00 | $0.00 |
| | MB Financial Bank | 4110-000 | $13,963.00 | $0.00 | $0.00 | $0.00 |
| | MB Financial Bank | 4110-000 | $2,621.00 | $0.00 | $0.00 | $0.00 |
| | Residential Credit Solut | 4110-000 | $340,473.00 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo Bank NA | 4110-000 | $485,081.14 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $1,316,294.12 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gus A. Paloian, Trustee | 2100-000 | NA | $1,643.55 | $1,643.55 | $1,643.55 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,643.55 | $1,643.55 | $1,643.55 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

Case 15-29376    Doc 35    Filed 07/14/16    Entered 07/14/16 15:34:00    Desc Main
Document      Page 4 of 7


| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | $0.00 | $3,055.09 | $3,055.09 | $835.96 |
| 2 | Fifth Third Bank | 7100-000 | $0.00 | $523.90 | $523.90 | $143.35 |
| 3 | Citibank, N.A. | 7100-000 | $0.00 | $23,070.19 | $23,070.19 | $6,312.63 |
|  | AT&T | 7100-000 | $878.00 | $0.00 | $0.00 | $0.00 |
|  | Bank of America | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Citicards CBNA | 7100-000 | $22,800.00 | $0.00 | $0.00 | $0.00 |
|  | Discover Fincl Svc LLC | 7100-000 | $2,889.00 | $0.00 | $0.00 | $0.00 |
|  | Fifth Third Bank Credit | 7100-000 | $450.00 | $0.00 | $0.00 | $0.00 |
|  | IL Student Assist Comm | 7100-000 | $830.00 | $0.00 | $0.00 | $0.00 |
|  | Mortgageit Inc | 7100-000 | $50,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $77,847.00 | $26,649.18 | $26,649.18 | $7,291.94 |

UST Form 101-7-TDR (10/1/2010)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1     Exhibit 8

| Case No.: | 15-29376-DRC | Trustee Name: | Gus A. Paloian |
| Case Name: | WALKSLER, DAVID | Date Filed (f) or Converted (c): | 08/27/2015 (f) |
| For the Period Ending: | 7/7/2016 | §341(a) Meeting Date: | 10/07/2015 |
|  |  | Claims Bar Date: | 02/05/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** |  |  |  |  |  |
| 1  Multi-Family Residence 626 N. Humphrey Avenue Oak Park, IL 60302 | $350,000.00 | $0.00 |  | $0.00 | FA |
| 2  Single-Family Residence 920 South Austin Oak Park, IL 60304 | $200,000.00 | $0.00 |  | $0.00 | FA |
| 3  Funds in Debtor's possession | $100.00 | $100.00 |  | $0.00 | FA |
| 4  Funds in Debtor's bank Checking | $28,854.58 | $24,854.58 |  | $8,935.49 | FA |
| 5  Furniture and appliances in Debtor's residence | $375.00 | $375.00 |  | $0.00 | FA |
| 6  Clothing | $250.00 | $250.00 |  | $0.00 | FA |
| 7  Pension | $60,000.00 | $60,000.00 |  | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                                                      **Gross Value of Remaining Assets**

$639,579.58     $85,579.58     $8,935.49     $0.00

**Initial Projected Date Of Final Report (TFR):**         **Current Projected Date Of Final Report (TFR):**         /s/ GUS A. PALOIAN

                                                                                                                GUS A. PALOIAN

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 15-29376-DRC | Trustee Name: | Gus A. Paloian |
| --- | --- | --- | --- |
| Case Name: | WALKSLER, DAVID | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***7105 | Checking Acct #: | ******0365 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DAVID M. WALKSLER |
| For Period Beginning: | 8/27/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/7/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/23/2015 | (4) | DAVID M. WALKSLER | NON-EXEMPT PORTION OF BANK ACCOUNTS | 1129-000 | $8,935.49 | | $8,935.49 |
| 05/02/2016 | 1001 | Gus A. Paloian | Trustee Compensation | 2100-000 | | $1,643.55 | $7,291.94 |
| 05/02/2016 | 1002 | Discover Bank | Claim #: 1; Distribution Dividend: 27.36; | 7100-000 | | $835.96 | $6,455.98 |
| 05/02/2016 | 1003 | Fifth Third Bank | Claim #: 2; Distribution Dividend: 27.36; | 7100-000 | | $143.35 | $6,312.63 |
| 05/02/2016 | 1004 | Citibank, N.A. | Claim #: 3; Distribution Dividend: 27.36; | 7100-000 | | $6,312.63 | $0.00 |
| | | | TOTALS: | | $8,935.49 | $8,935.49 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $8,935.49 | $8,935.49 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $8,935.49 | $8,935.49 | |

| For the period of 8/27/2015 to 7/7/2016 | | For the entire history of the account between 11/23/2015 to 7/7/2016 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $8,935.49 | Total Compensable Receipts: | $8,935.49 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,935.49 | Total Comp/Non Comp Receipts: | $8,935.49 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $8,935.49 | Total Compensable Disbursements: | $8,935.49 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,935.49 | Total Comp/Non Comp Disbursements: | $8,935.49 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-29376-DRC | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | WALKSLER, DAVID | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***7105 | Checking Acct #: | ******0365 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | DAVID M. WALKSLER |
| For Period Beginning: | 8/27/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/7/2016 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $8,935.49 | $8,935.49 | $0.00 |

**For the period of 8/27/2015 to 7/7/2016**

| Total Compensable Receipts: | $8,935.49 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,935.49 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $8,935.49 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,935.49 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/27/2015 to 7/7/2016**

| Total Compensable Receipts: | $8,935.49 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,935.49 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $8,935.49 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,935.49 |
| Total Internal/Transfer Disbursements: | $0.00 |